AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI (954)489-1740

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DAMON WALTERS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6293-CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DAMON WALTERS__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to distribute in excess of 5 grams of cocaine base,

in violation of Title _21_ United States Code, Section(s) 841(a)(1) and 846

___CLARENCE MADDOX___
Name of Issuing Officer

___[signature]___
Signature of Issuing Officer

Bail fixed at $ __Pre-Trial Detention__

___COURT ADMINISTRATOR\CLERK OF THE COURT___
Title of Issuing Officer

___October 5, 2000, Fort Lauderdale, Florida___
Date and Location

by ___Barry S. Seltzer___, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ DAMON WALTERS _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____ DRUG ENFORCEMENT ADMINISTRATION _____