UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
) CASE NUMBER
PLAINTIFF, ) 00-6293-CR-FERGUSON
)
VS. )
)
CLEMENTE ALEXIS, ) THIS VOLUME:
MARION MCCLEOD, ) PAGES 1 - 98
JAMES ALCE, )
GARY WILLIAMS, )
DAMON WALTERS, AND )
CURTIS JONES, )
)
DEFENDANTS. )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING AND
ARRAIGNMENT HAD BEFORE THE HONORABLE LURANA S. SNOW, IN FORT
LAUDERDALE, BROWARD COUNTY, FLORIDA, ON OCTOBER 19, 2000, IN
THE ABOVE-STYLED MATTER.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE