UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6293-FERGUSON / SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMON WALTERS,

    Defendant.
_____/



FILED BY ___ D.C.
2001 JAN 16 PM 3:01
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

### DEFENDANT'S MOTION TO ADOPT

    Defendant, DAMON WALTERS, through undersigned counsel, respectfully moves this Honorable Court to adopt, as if filed by him, the Motion forAdditoanl Time to File Pretrila Motions filed on behalf of co-defendant Marion McLeod, and thus to preserve on his own behalf the benefit of whatever ruling may finally be made upon the issues raised by these filings, and to have each applied to him, wherever appropriate, as if filed in this own name.

    1. DAMON WALTERS, understands that this Motion has application where the Defendant, DAMON WALTERS, has standing to raise said motion.



WHEREFORE, based on the above and foregoing, the Defendant respectfully requests this Honorable Court to enter an Order granting this Motion to Adopt.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of January, 2001, to the Bruce Brown, Assistant United States Attorney, 500 East Broward Blvd, Fort Lauderdale, Florida 33301;Timothy Day, EsquireAssistant Federal Public Defender, 101 Northeast Third Avenue, Suite 202, Fort luaderdale, Flroida 33301; David J. Joffe, Esquire, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida a33133, Richard Dellafera, Esquire, 200 East Broward Blvd., Suite 1210, Fort Lauderdale, Florida 33301; David Paul Hodge, Esquire, 727 Northeast Third Avenue, Suite 100, Fort Lauderdale, Florida 33304; and to Damon Walters, Inmate No. 55492-004, FDC - Miami, 33 Northeast Fourth Street, Miami, Florida 33130.

MICHAEL G. SMITH
633 Southeast Third Avenue, #4-F
Fort Lauderdale, Florida 33301
(954)764-0033 - office
(954)764-2590 - fax
FBN: 265802