| CJA 24 (REV. 10/89) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLS2001866 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAGISTRATE  2 ☐ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. DOCKET NO. | PAID BY MIAC - 4/09/01 |
| 3. DISTRICT DOCKETING NO. 00-6293-CR-Ferguson | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SDFL | ACCTG. CLASS NOS. |
| 6. IN THE CASE OF | USA vs. Walters | | |
| 7. PERSON REPRESENTED Damond Walters | 8. LOCATION/ORGANIZATION CODE SDFL | | DATE PAID 4/11/01 |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Pretrial Preparation

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

10/9/00 Pretrial Detention - see attached    LSS-00-530/28-1236    LSS-00-54C1

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.  Michael G Smith
SIGNATURE OF ATTORNEY    DATE 10/26/00
ATTORNEY'S TELEPHONE NO. 954-764-0033
1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.
SIGNATURE OF JUDGE OR MAGISTRATE
DATE 03/20/01

13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS
---|---|---
A. Apportion    % of transcript with | | 14. A.
B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | | 14. B.
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | | 14. D.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☒ Transcriber  ☐ Other

16. FULL NAME OF PAYEE    Carl Schanglh

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE  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

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)
U. S. Courthouse
299 E. Broward Blvd., 202B
Ft. Lauderdale, Fl. 33301

19. TELEPHONE NO.  AREA CODE (954) NUMBER 769-5488

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | 1 - 97 | 97 | $ .75 | $ | $ | $ 72.75 |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
CLAIMANT'S CERTIFICATION    DATE 3-27-01

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received
SIGNATURE OF ATTORNEY/CLERK OF COURT    DATE 5/28/01

23. TOTAL CLAIMED  $ 72.75

24. APPROVED FOR PAYMENT
SIGNATURE OF PRESIDING JUDICIAL OFFICER    DATE 04/02/01

25. AMT. APPROVED  $ 72.75