UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6293-FERGUSON / SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMON WALTERS,

    Defendant.
_____/

## DEFENDANT WALTERS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO THE PSI

The Defendant, DAMON WALTERS, by and through undersigned counsel, and without objection by the government, respectfully moves this Court to grant an extension of time within which to file his objections to the PSI, if any, and in support thereof says:

1. Undersigned received his copy of the PSI on July 9, 2001 and has forwarded a copy to the Defendant (who is incarcerated at FDC) but has not had an opportunity to meet with the Defendant and discuss any objections or comments the Defendant may have.

2. The Sentencing Hearing in this case is presently scheduled for August

1

  10, 2001, with the objections to the PSI, if any, due on or before July 20, 2001.

3.  Undersigned counsel is currently trial in Miami, Florida before Judge Huck in <u>United States v. Jeffery Pollard</u>, Case Number 99-8145-CR-HUCK, and has been since July 9, 2001. Undersigned counsel's trial schedule is five days a week beginning at 8:30 a.m. and ending anytime between 2:30 p.m. and 4:00 p.m. This trial is scheduled to continue for at least three more weeks.

4.  Undersigned counsel requires additional time within which to completely review the PSI, prepare, research and draft any objections which may be filed in this cause.

5.  Undersigned counsel is a sole practitioner and cannot delegate this very important task to anyone else.

6.  Undersigned counsel requests an additional 10 days within which to file is objections to the PSI, making any objections due on July 30, 2001.

7.  Pursuant to Local Rule, office of undersigned counsel has discussed this matter with AUSA, Bruce Brown, who has no objection to the relief sought herein.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests this Honorable Court to grant an extension of time to and including July 30, 2001 within which to file his objections to the PSI.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was delivered to Bruce Brown, Esquire, Assistant United States Attorney, 299 East Broward Blvd, Fort Lauderdale, Florida 33301: Nora Heredia-Burgos, U.S. Probation, 300 Northeast First Avenue, 315, Miami, Florida 33132; and Damon Walters, Inmate No. 55492-004, FDC - Miami, 33 Northeast Fourth Street, Miami, Florida 33130 on this 18th day of July, 2001.

MICHAEL G. SMITH
Attorney for Defendant
633 Southeast Third Avenue, #4-F
Fort Lauderdale, Florida 33301
(954) 764-0033
FBN: 265802