

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6293-FERGUSON / SNOW

UNITED STATES OF AMERICA,
Plaintiff,

vs.

DAMON WALTERS,
Defendant.
_____/

### ORDER GRANTING DEFENDANT WALTERS' UNOPPOSED
### MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO THE PSI

THIS CAUSE having come before the Court upon the Defendant DAMON

WALTER's Unopposed Motion to Extend Time for Filing Objections to the PSI, the

Court having considered this matter, the government having no objection thereto and the

Court being otherwise fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Extend

Time for Filing Objections to the PSI be and the same is hereby **GRANTED**. Any

objections to the PSI must be filed by the Defendant on or before July 10, 2001.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County,

Florida this 8th day of August, 1997 2001.

WILKIE FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    Michael G. Smith, Esquire
       Bruce Brown, Esquire AUSA
       Nora Heredia-Burgos, U.S. Probation

4

162