UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6293-FERGUSON / SNOW

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DAMON WALTERS,
    Defendant.
_____/



## DEFENDANT WALTERS' MOTION TO CONTINUE SENTENCING AND NOTICE OF UNAVAILABILITY

The Defendant, DAMON WALTERS, by and through undersigned counsel, respectfully moves this Court to continue the sentencing date and, in support thereof, states:

1. Sentencing in this cause is presently scheduled for August 10, 2001, in Fort Lauderdale, Florida

1. Undersigned counsel is currently trial in Miami, Florida before Judge Huck in <u>United States v. Jeffery Pollard</u>, Case Number 99-8145-CR-HUCK, and has been since July 9, 2001. Undersigned counsel's trial schedule is five days a week beginning at 8:30 a.m. and ending anytime between 2:30 p.m. and 4:00 p.m. This trial is scheduled to continue for approximately one to two weeks.

2. Due to his trial schedule undersigned counsel will be unavailable to

attend the sentencing hearing as presently scheduled.

3. Pursuant to Local Rule, undersigned counsel has attempted to discuss this matter with AUSA Bruce Brown, but he was unavailable to confer.

WHEREFORE, based on the above and foregoing, the Defendant, DAMON WALTERS respectfully moves this Court to enter its Order continuing the August 10, 2001, sentencing hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6th day of August, 2001, to the Bruce Brown, Assistant United States Attorney, 500 East Broward Blvd, Fort Lauderdale, Florida 33301; Nora Heredia-Burgos, U.S. Probation, 300 Northeast First Avenue, Suite 315, Miami, Florida 33132; and to Damon Walters, Inmate No. 55492-004, FDC - Miami, 33 Northeast Fourth Street, Miami, Florida 33130.

MICHAEL G. SMITH
FBN# 265802
633 Southeast Third Avenue
Suite 4-F
Fort Lauderdale, FL 33301
(954) 764-0033
(954) 764-2590 - fax