FILED by _____ D.C.

AUG 10 2001

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6293-CR-FERGUSON__

DEFENDANT __DAMON WALTERS (J)__          JUDGE __WILKIE D. FERGUSON__

Deputy Clerk __Deloris McIntosh__          DATE __8/10/01__

Court Reporter __Steven Franklin__          USPO __Carolyn Dorville/Donald Jefferson__

AUSA __Bruce Brown__          Deft's Counsel __Michael Smith, Esq.,__

COUNTS DISMISSED __All Others__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

✓ Sentencing cont'd until __/__/__ at _____ **AM** / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

Assessment $ _____          Fine $ _____

Restitution /Other _____

✗ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____