UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA
    Plaintiff,

Vs.

DAMON WALTERS,

    Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been reset for **SENTENCING** on

Friday, September 7, 2001 at 2:00 p.m., before the Honorable Wilkie D. Ferguson, Jr., United

States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this 13th day of August 2001.

DELORIS MCINTOSH
COURTROOM DEPUTY

cc:
Bruce Brown, AUSA
Michael G. Smith, Esq.
U.S. Marshal
Probation