UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6293-FERGUSON / SNOW

UNITED STATES OF AMERICA,
Plaintiff,

vs.

DAMON WALTERS,
Defendant.
_____/

### ORDER GRANTING DEFENDANT WALTERS' MOTION
### TO CONTINUE SENTENCING AND NOTICE OF UNAVAILABILITY

THIS CAUSE having come before this Court upon the Defendant's Motion to Continue Sentencing, the Court having considered this matter, and the Court being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the said Motion is **GRANTED**. The sentencing in this matter, presently scheduled for August 10, 2001, shall be reset ~~by the Court with Notice to all parties.~~ to Sept. 7, 2001 at 2:00 p.m.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida on this ___14th___ day of August, 2001

WILKIE FERGUSON
U.S. DISTRICT COURT JUDGE

cc:   AUSA, Bruce Brown, Esquire
      Michael G. Smith, Esquire
      Nora Heredia-Burgos, USPO

4