SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # __00-6293-CR-FERGUSON__

DEFENDANT __DAMON WALTERS (J)__   JUDGE __WILKIE D. FERGUSON__

Deputy Clerk __Deloris McIntosh__   DATE __9/7/01__

Court Reporter __Stephen Franklin__   USPO __Donald Jefferson__

AUSA __Bruce Brown / Scott Behnke__   Deft's Counsel __Michael Smith, Esq.,__

COUNTS DISMISSED __All Others__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.    **10 Days to Appeal**

___ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 33 | 1 |

Supervised Release

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | 1 |

Comments __Participate in drug treatment Program;__
__Recommend drug treatment program while in custody__

Assessment $ __100__    Fine $ __3,000 payable immediately__

Restitution /Other _____

__X__ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

185