DEFENDANT: DAMON WALTERS
CASE NUMBER: 00-6293-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **33 Months BOP.**.

**RECOMMEND DEFENDANT RECEIVE 500 HOUR DRUG TREATMENT PROGRAM WHILE INCARCERATED.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on  10-16-2001  to  FCC Coleman

at  Coleman-Low  , with a certified copy of this judgment.

R.D. Swope, Warden
~~UNITED STATES MARSHAL~~

By: Mulody Rodgers, LIE
~~Deputy U.S. Marshal~~