USDC FLSD 245B (Rev 9/00) - Judgment in a Crim  Page 2 of 6

DEFENDANT: DAMON WALTERS
CASE NUMBER: 00-6293-CR-FERGUSON

## IMPRISONMENT

FILED by ___ D.C.
OCT 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **33 Months BOP.**.

**RECOMMEND DEFENDANT RECEIVE 500 HOUR DRUG TREATMENT PROGRAM WHILE INCARCERATED.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __10/16/01__ to __FCC Coleman__

at __Coleman-Low__, with a certified copy of this judgment.

R.D. Swope, Warden
~~UNITED STATES MARSHAL~~

By: Mulisa Rodgers, LTE
~~Deputy U.S. Marshal~~

192