PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65786

RE: WALTERS, Damon

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA  
Huck  
CASE NO. 00-6293-CR-~~FERGUSON~~



FILED by _____ D.C.

JUN 1 6 2003

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: WALTERS, DAMON  
Name of Sentencing Judicial Officer: Honorable Wilkie D. Ferguson, Jr.  
    United States District Judge, Fort Lauderdale, FL.

Date of Original Sentence: September 7, 2001

Original Offense:  Conspiracy to possess with intent to distribute cocaine base. In Violation of Title 21 U.S.C. Section 846, a Class C Felony.

Original Sentence:  Thirty-three (33) months custody of the U.S. Bureau of Prisons, followed by three (3) years supervised release. Special Condition: 1. The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment.

Type of Supervision: Supervised Release           Date Supervision Commenced: March 5, 2003

Assistant U.S. Attorney:           Defense Attorney:  
Bruce O. Brown              Michael G. Smith

## PETITIONING THE COURT

[ ]  To issue a warrant  
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C  
(SD/FL 9/96)                                                                        SD/FL PACTS No. 65786

RE: WALTERS, Damon

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about May 6, 2003, in Miami Dade County, Florida, the defendant was arrested by Metro Dade Police Department and charged with Habitual Traffic Offender and Driving With License Suspended, contrary to Statutes 322.34(s) and BW#4677660. The defendant is incarcerated in Dade County Jail. |
| 2. | **Violation of Standard Condition,** by failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. On May 6, 2003, the defendant was arrested by Metro Dade Police Department, Miami, Florida, and he failed to advise the U.S. Probation Officer. |

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be  
[ ]   revoked.  
[ ]   extended for _ years, for a total term of _ years.

[X]   The conditions of supervision should be modified as follows:

**The defendant shall participate in the Home Detention Electronic Monitoring Program for 90 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rated of $3.49 each day.**

                                                    Respectfully submitted,

by                                                  Gidget O. Mitchell  
                                                    U.S. Probation Officer  
                                                    Phone: 954-769-5584  
                                                    Date: May 20, 2003

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65786

RE: WALTERS, Damon

THE COURT ORDERS:

[X] No Action *
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

*Mr. Walters should be strongly advised that further violation will result in appropriate remedies and that he is to fully report to probation as required.

_____  
Signature of Judicial Officer

June 13, 2003  
_____  
Date