PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65786

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6293-CR-HUCK</u>



FILED by _____ D.C.

JUL 2 2 2003

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

**<u>Request for Modifying the Conditions or Term of Supervision</u>**  
**<u>with Consent of the Offender</u>**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: WALTERS, Damon

Name of Sentencing Judicial Officer: Honorable Paul C. Huck, Judge  
U.S. District Court, Miami Division

Date of Original Sentence: September 7, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to possess with intent to distribute cocaine base. In violation of Title 21 U.S.C. Section 846, a Class C Felony. |
| Original Sentence: | Thirty-three (33) months custody of the U.S. Bureau of Prisons, followed by three (3) years supervised release. Special Condition: 1. The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment. |

**May 20, 2003: Request for modification of the conditions of release submitted: June 13, 2003: No Action ordered by the Honorable Paul C. Huck.**

Type of Supervision: Supervised Release          Date Supervision Commenced: March 5, 2003

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall perform one hundred (100) hours of community service as directed by the U.S. Probation Office.**

PROB 12B                                                        SD/FL PACTS No. 65786
(SD/FL 9/96)

## CAUSE

1. **Violation of Mandatory Condition,** by failing to submit to drug testing. On or about June 12, 17, 18, 19, 2003, the defendant failed to submit to drug testing as scheduled by Code-A-Phone.

                                                    Respectfully submitted,

                                        by

                                                    Gidget O. Mitchell
                                                    U.S. Probation Officer
                                                    Phone: 954-769-5584
                                                    Date: July 1, 2003

================================================================

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

                                        _____
                                        Signature of Judicial Officer

                                        July 21, 2003
                                        _____
                                                    Date