PROB 19a                                                                                            SD/FL PACTS No. 65786

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6293-Cr-Huck</u>

FILED by _____ D.C.

MAR 2 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.S.A. vs Damon Walters

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him, forthwith, before the United States District Court to answer charges that he violated the conditions of his supervised release imposed by the Court. ||||
| NAME OF SUPERVISED RELEASEE<br>Damon Walters | SEX<br>Male | RACE<br>Black | AGE<br>27 |
| ADDRESS (STREET,CITY,STATE)<br>Broward County Jail, Broward County, Florida ||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida (Miami) | | DATE IMPOSED<br>September 7, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Southern District of Florida (Miami) ||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>March 25, 2005 ||

| RETURN ||||
|---|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| | | | |
| NAME | (BY) | | DATE |



[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

