PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No.

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK



## SUPERCEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:  **Damon Walters**

Name of Sentencing Judicial Officer:   The Honorable Wilkie D. Ferguson, Judge  
U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: September 7, 2001

Original Offense:   Conspiracy to Possess with Intent to Distribute Cocaine Base, Title 21, U.S.C. §846, a Class C felony

Original Sentence:   Thirty three months incarceration followed by three (3) years term of supervised release; special conditions of supervised release include completion of an approved drug program as determined by the U.S. Probation Office; $3000.00 fine. One hundred hours of community service were included per court order on June 21, 2003.

Type of Supervision: Supervised Release      Date Supervision Commenced: March 5, 2003

Assistant U.S. Attorney:      Defense Attorney:  
Bruce Brown                Michael G. Smith

## PETITIONING THE COURT

[ X ]  To issue a warrant  
[]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **VIOLATION OF MANDATORY CONDITION**, by failing to refrain from violation of the law. On or about November 2, 2004, in Broward County, Florida, the defendant was arrested by the Davie Police Department and charged with 1. Petit Theft; 2. Driving with |

PROB 12C  
(SD/FL 9/96)                                                                                           SD/FL PACTS No.

THE HONORABLE PAUL C. HUCK, JUDGE  
March 21, 2005  
PAGE 2

**NAME OF OFFENDER: DAMON WALTERS**                **CASE NO. 00-6293-CR-HUCK**

Licence Suspended; 3. Altered Tag; 4. No Motor Vehicle Registration; 5. No Insurance, contrary to Florida Statues 812.014(3), 322.34(2), 320.061, 320.02(1) and 316.646(1) respectively.

2.  **VIOLATION OF MANDATORY CONDITION,** by failing to refrain from violation of the law, in that, on or about September 3, 2004, the defendant was arrested by the Broward Sheriff's Office and charged with Driving with Licence Suspended, contrary to Florida Statute 322.34(2).

3.  **VIOLATION OF MANDATORY CONDITION,** by failing to refrain from violation of the law, in that, on February 26, 2005, the defendant was arrested by the Hollywood Police Department and charged with Possession with Intent to Sell Cocaine, contrary to Florida Statute 893.13.1A1

4.  **VIOLATION OF MANDATORY CONDITION,** by failing to satisfy the court-ordered fine. On or about September 7, 2001, a $3000.00 fine was imposed, to be paid at the direction of the U.S. Probation Officer. On April 22, 2003, the defendant executed a financial obligation agreement to begin making payments of $84.00 per month to commence May, 2003, and to date has failed to comply with the agreement and is currently in arrears in the amount of $504.00.

5.  **VIOLATION OF STANDARD CONDITION,** by failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. On or about November 2, 2004, the defendant was arrested by the Davie Police Department, Broward County, Florida, and he failed to advise the U.S. Probation Officer.

    Furthermore, by failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer, in that, on or about February 26, 2005, the defendant was arrested by the Hollywood Police Department, Broward County, Florida, and he has failed to advise the U.S. Probation Officer.

6.  **VIOLATION OF STANDARD CONDITION,** by failing to follow the instructions of the probation officer. On October 14, 2004, the defendant failed to contact the Dade County Public Defender's office regarding two open traffic bench warrants as directed.

PROB 12C  
(SD/FL 9/96)                                                                SD/FL PACTS No.

THE HONORABLE PAUL C. HUCK, JUDGE  
March 21, 2005  
PAGE 3

NAME OF OFFENDER: DAMON WALTERS                    CASE NO. 00-6293-CR-HUCK

Furthermore, by failing to follow the instructions of the probation officer in that, on December 17, 204, the defendant was instructed to report to Magistrate Court on December 20, 2004, and the defendant failed to appear as instructed.

7. **VIOLATION OF SPECIAL CONDITION**, by failing to perform community service hours as directed. On or about February 9, 2004, the defendant executed a community service agreement to begin performing twenty hours of community service work per month at The Habitat Restore, Ft. Lauderdale, Florida, and to date he has failed to comply with this agreement and is currently 150 hours delinquent.

U.S. Probation Officer Recommendation:

The term of supervision should be  
[X]   revoked.  
[ ]    extended for _ years, for a total term of _ years.  
[ ]    The conditions of supervision should be modified as follows:

Albert Torres  
U.S. Probation Officer  
Phone: 954-769-5514  
Date: March 21, 2005

☑ The original petition is hereby modified as set forth herein. Arrest warrant previously issued and serving as a detainer.

Signature of Judicial Officer

March 25, 2005  
Date