



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>-vs-<br>55492 004<br>WALTERS, Damon<br>Defendant | CASE NUMBER: CR: 00-6293-CR-Huck<br><br>REPORT COMMENCING CRIMINAL ACTION<br><br>USMS NUMBER |

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT         (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/8/05 BSO Detainer P/U   AM ___ PM ___

(2) LANGUAGE SPOKEN: ENG

(3) OFFENSE (S) CHARGED: Supervised Release Viol

(4) DATE OF BIRTH: 11/29/77

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
   { } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORINGINATING DISTRICT: _____

(6) REMARKS: _____

(7) DATE: 12/8/05   (8) ARRESTING OFFICER: BSO Detainer P/U

(9) AGENCY: USMS   (10) PHONE: 305 536 5677

(11) COMMENTS: _____