UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: _00-6293-CR-Huck_

UNITED STATES OF AMERICA,
vs.

_Damon Walters_

FILED by ____ D.C.
MAG. SEC.

DEC 16 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### WAIVER OF PROBABLE CAUSE HEARING

I, _Damon Walters_, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to _a probable cause hearing_

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _12-15-05_, my right to _a probable cause hearing_

DATED: _12-15-05_

_____
Defendant

_____
Counsel for Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived (his)/her right to _a probable cause hearing_

DATED this _15_ day of _Dec_, _2005_, at MIAMI, FLORIDA, Southern District of Florida.

TAPE NO. _05G-85-302_

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF