PROB 19a                                                                                      SD/FL PACTS No. 65786

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6293-CR-HUCK</u>

U.S.A. vs Damon Walters

> Certified to be a true and correct copy of the original. Clarence Maddox, Clerk, U.S. District Court Southern District of Florida
> By _____ Deputy Clerk
> Date 12-30-04

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE<br>Damon Walters | SEX<br>M | RACE<br>B | AGE<br>27 |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>1325 NW 9 Street, Ft. Lauderdale, FL 33311 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida (Miami) | DATE IMPOSED<br>September 7, 2001 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Southern District of Florida (Miami) | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>12-30-04 | |

### RETURN

| Warrant received and executed. | DATE RECEIVED<br>12/30/04 | DATE EXECUTED<br>12/8/05 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale, FL | | |
| NAME   Christina Pharo, US Marshal<br>S/D FL | (BY) *[signature]*<br>Sabrina Livingston, ASDUSM | DATE<br>12/8/05 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern District of Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."


