UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-Huck

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMON WALTERS,

    Defendant.

_____/

### NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Celeste S. Higgins.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____
Celeste S. Higgins
Assistant Federal Public Defender
Florida Bar No. 909718
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000/Fax: 305-536-4559
E-Mail: celeste_higgins@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 29th day of December, 2005.

Celeste S. Higgins

J:\Walters, Damon Reg55492-004\Assignment_Nt.wpd

## FAX-BACK SERVICE LIST

Celeste S. Higgins
Supervisory Assistant Federal Public Defender
Fax.: 305-536-4559


United States Attorney's Office
Fax: 305-530-7976