UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMON WALTERS,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that a Final Revocation Hearing for the above named defendant will be held on **Friday, January 20, 2006 at 10:00 am** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    January 9, 2006

                                        Genevieve McGee
                                        Courtroom Deputy to the Honorable
                                        Paul C. Huck

cc:    Lynn Rosenthal, AUSA (954-356-7336)
       Celeste Higgins, AFPD (305-536-4559)
       Albert Torres, U.S. Probation Officer

