

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: January 20, 2006                    CASE NUMBER: 00-6293-CR-HUCK

DEFENDANT: DAMON WALTERS                  COUNSEL: Celeste Higgins, AFPD

AUSA: Lynn Rosenthal                      PROB. OFFICER: Albert Torres

CLERK: Genevieve McGee                    CT REPORTER: Andy Schwarts

---

✓ Supervised Release Revocation Hearing Held;

___ Supervised Release Revocation Hearing continued to _____ @ _____ at the request of government/defendant.

✓ Defendant admits violation of Supervised Release;

___ Defendant denies violation of Supervised Release;

✓ Court finds defendant violated terms of supervised release;

___ Court fails to find defendant violated terms of supervised release;

___ Court defers ruling;

___ Case taken under advisement:

___ Bond pending appeal set at $_____;

MISC: _____

_____

_____

_____

**SENTENCING**

_____ SENTENCING CONTINUED TO: _____ @ _____

SENTENCING TEXT: Sup. Rel. Revoked. 33 months BOP with no supervised release to follow.

_____

commenced:_____    Terminated:_____

