UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMON WALTERS,
Reg. No. 55492-004
DOB: 11/29/77

    Defendant.
_____/

CASE NO: 00-6293-CR-HUCK

FILED by _____ D.C.

JAN 2 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE
(for Offenses Committed on or after November 1, 1987)

It appearing to the Court that on September 10, 2001, the Defendant was sentenced in the Southern District of Florida, Ft. Lauderdale Division, to a term of thirty-three (33) months imprisonment after the Defendant plead guilty. It was further ordered that the Defendant serve a supervised release term of three (3) years. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on January 20, 2006, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised release as outlined in the U.S. Probation Officer's Superceding Petition dated March 25, 2005

The Defendant voluntarily admitted to having violated his conditions of supervision. The Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **revoked**, it being further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **thirty-three (33) months** with no supervised release to follow.



**ORDERED AND ADJUDGED** that the defendant is remanded to the custody of the United States Marshal Service.

**DONE AND ORDERED** at Miami, Florida this 20th day of January, 2006.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Lynn Rosenthal, AUSA
Celeste Higgins, AFPD
Albert Torres, U.S. Probation Officer
U.S. Marshals Service (3 certified)